JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANET HAKAMIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-08344-DSF (SKx)<br><br>*[Assigned for all purposes to: Hon. Dale S. Fischer]*<br><br>**ORDER REMANDING TO STATE COURT** |

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

Plaintiff JANET HAKAMIAN ("Plaintiff") has withdrawn her claim for recovery of punitive damages against Defendant SAFECO INSURANCE COMPANY OF AMERICA ("Safeco") and has simultaneously agreed to limit her recovery of all other damages against Safeco, including compensatory damages, attorneys' fees, interest and bad faith damages, to $74,999.99.

The matter shall be remanded to California State Court, Los Angeles County.

Plaintiff will file an Amended Complaint within seven (7) days upon the remand taking place.

DATED: November 3, 2025

_____
THE HONORABLE DALE S. FISCHER
SENIOR UNITED STATES DISTRICT JUDGE